

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00602-CR

Cami Jamar **PAYTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11974
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss is **GRANTED** and this appeal is **DISMISSED**.

We further **ORDER** the clerk of this court to issue mandate contemporaneously with the issuance of this court's opinion and judgment.

SIGNED January 13, 2021.

_____
Beth Watkins, Justice